*In re* **JENNINGS**, HAROLD MADISON (MR 17394)
Bloomington, IL

Order of the Court:

The petition by respondent Harold Madison Jennings for leave to file exceptions to the report and recommendation of the Review Board is denied. Respondent is suspended from the practice of law for three months, as recommended by the Review Board.

Respondent Harold Madison Jennings shall reimburse the Disciplinary Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.